UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARTH'S HEALING, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>SHENZHEN SMOORE TECHNOLOGY CO. LTD.; JUPITER RESEARCH LLC; GREENLANE HOLDINGS, LLC; 3WIN CORP.; and CB SOLUTIONS, LLC d/b/a CANNA BRAND SOLUTIONS,<br><br>  Defendants. | Case No. 3:25-cv-01428<br><br>**MOTION TO SUBSTITUTE LAW FIRM; PROPOSED ORDER** |

On behalf of (party name) <u>SHENZHEN SMOORE TECHNOLOGY CO. LTD</u>, the following attorney(s)

  (1) move(s) to substitute as counsel of record,

  (2) certify they are members in good standing of this Court's bar,

  (3) attest to the consent of current counsel to be withdrawn, and

  (4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

<u>Kevin Teruya and William Sears from Quinn Emanuel Urquhart & Sullivan, LLP</u>

Name(s) of counsel withdrawing from representation and firm name:

<u>Chao Wendy Wang from Baker Botts LLP</u>

Date: <u>04/28/2025</u>

**[PROPOSED] ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: _____   _____
                                                                          UNITED STATES DISTRICT/MAGISTRATE JUDGE