QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kevin Teruya (Bar No. 235916)
kevinteruya@quinnemanuel.com
William Sears (Bar No. 330888)
willsears@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

*Attorneys for Shenzhen Smoore Technology Co. Ltd*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| EARTH'S HEALING, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>SHENZHEN SMOORE TECHNOLOGY CO. LTD.; JUPITER RESEARCH LLC; GREENLANE HOLDINGS, LLC; 3WIN CORP.; and CB SOLUTIONS d/b/a CANNA BRAND SOLUTIONS,<br><br>*Defendants*. | Case No. 25-cv-1428 |
| REDBUD ROOTS INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>SHENZHEN SMOORE TECHNOLOGY CO. LTD.; JUPITER RESEARCH LLC; GREENLANE HOLDINGS, LLC; 3WIN CORP.; and CB SOLUTIONS d/b/a CANNA BRAND SOLUTIONS,<br><br>*Defendants*. | Case No. 25-cv-3221 |

| | |
|---|---|
| SUMMIT INDUSTRIAL SOLUTIONS LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> SHENZHEN SMOORE TECHNOLOGY CO. LTD.; JUPITER RESEARCH LLC; GREENLANE HOLDINGS, LLC; 3WIN CORP.; and CB SOLUTIONS LLC d/b/a CANNA BRAND SOLUTIONS, <br><br> *Defendants*. | Case No. 25-cv-3431 <br><br> **DEFENDANT SHENZHEN SMOORE TECHNOLOGY CO. LTD'S NOTICE OF FILING PURSUANT TO LOCAL CIVIL RULE 3-12(b)** <br><br> Hon. Vince Chhabria |

**SMOORE'S NOTICE OF FILING PURSUANT TO LOCAL RULE 3-12(b)**

On May 9th, 2025, Defendant Shenzhen Smoore Technology Co. Ltd ("Smoore") filed a Notice pursuant to Local Civil Rule 3-12(a) in the matter of *S.K. et al. v. Jupiter Research, LLC et al.*, Case No. 5:24-CV-09090-SVK, filed in this District on December 16, 2024, and pending before the Honorable Susan van Keulen.

Pursuant to Civil L.R. 3-12(b), Smoore hereby files and lodges **Exhibit A**, which includes the entirety of the materials filed in the *S.K.* matter in connection with Smoore's Civil L.R. 3-12(a) notice.

DATED: May 9, 2025

By  /s/ Kevin Y. Teruya
Kevin Y. Teruya
William R. Sears
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
*Attorneys for Defendant Shenzhen Smoore Technology Co. Ltd*

-1-                                                                       Case No. 25-cv-1428
DEFENDANT SHENZHEN SMOORE TECHNOLOGY CO. LTD'S NOTICE OF FILING PURSUANT TO LOCAL CIVIL RULE 3-12(b)